1 PAUL L. REIN, Esq. (SBN 43053)
  CELIA McGUINNESS, Esq. (SBN 159420)
2 LAW OFFICES OF PAUL L. REIN
  200 Lakeside Drive, Suite A
3 Oakland, CA 94612
  Telephone:   510/832-5001
4 Facsimile:    510/823-4787

5 Attorneys for Plaintiff
  SEBASTIAN DEFRANCESCO
6
  CALEB SEQUOIA BASKIN, SB No. 226132
7    csbaskin@baskingrant.com
  REBECCA J. FOWLER, SB No. 228852
8    rjfowler@baskingrant.com
  BASKIN & GRANT, LLP
9 730 MISSION STREET
  SANTA CRUZ, CALIFORNIA 95060-3615
10 Tel: (831) 425-8999
  Fax: (831) 425-8853
11
  Attorneys for Defendants 2335 MISSION
12 CENTER ONE, LLC, 2335 MISSION CENTER
  TWO, LLC, 2335 MISSION CENTER THREE,
13 LLC, and 2335 MISSION CENTER FOUR, LLC

14

15                 **UNITED STATES DISTRICT COURT**

16    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

17

18 SEBASTIAN DEFRANCESCO,                    | CASE NO. C09-00223 SI

19          Plaintiff,                        | **CONSENT DECREE AND** *[PROPOSED]*
                                              | **ORDER**
20      vs.
                                              | Case Assigned to Hon. Susan Illston
21 NEW LEAF COMMUNITY MARKETS,
  INC.; 2335 MISSION CENTER ONE, LLC;         | Case Filed:          January 16, 2009
22 2335 MISSION CENTER TWO, LLC; 2335         | Trial Date:          None set
  MISSION CENTER THREE, LLC; 2335
23 MISSION CENTER FOUR, LLC; and DOES
  1-10, Inclusive,
24
          Defendants.
25

26

27                    **CONSENT DECREE AND ORDER**

28      1.      Plaintiff SEBASTIAN DEFRANCESCO ("Plaintiff") filed a Complaint in this

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

CONSENT DECREE AND ORDER

C09-00223 SI

1  action on January 16, 2009, to obtain recovery of damages for his alleged discriminatory

2  experiences, denial of access, denial of civil rights, and to enforce provisions of the Americans

3  with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§12101 et seq., and California civil rights laws

4  against Defendants 2335 MISSION CENTER ONE, LLC, 2335 MISSION CENTER TWO, LLC,

5  2335 MISSION CENTER THREE, LLC, and 2335 MISSION CENTER FOUR, LLC (the

6  "Landlord Defendants"), and NEW LEAF COMMUNITY MARKETS, INC. (collectively with

7  the Landlord Defendants as "Defendants"), relating to the condition of the public accommodations

8  at New Leaf Market and its adjacent parking facilities, located at 2351 Mission Street, Santa Cruz,

9  California.  Plaintiff has alleged that Defendants violated Title III of the ADA and §§51, 52, 54,

10  54.1, 54.3 and 55 of the California Civil Code, and §§19955 et seq. of the California Health and

11  Safety Code, by failing to provide full and equal access to the facilities at New Leaf Market.

12       2.    Defendants deny the allegations in the Complaint and by entering into this Consent

13  Decree and Order do not admit liability to any of the allegations in Plaintiff's Complaint filed in

14  this action.  The parties hereby enter into this Consent Decree and Order for the purpose of

15  resolving this lawsuit without the need for protracted litigation, and without the admission of any

16  liability.

17                 **JURISDICTION**

18       3.    The parties to this Consent Decree and Order agree that the Court has jurisdiction

19  of this matter pursuant to 28 USC §1331 for alleged violations of the ADA, 42 U.S.C. §§12101 et

20  seq. and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety

21  Code §§19955 et seq., including §19959; Title 24 California Code of Regulations; and California

22  Civil Code §§51, 52, 54, 54.1, 54.3 and 55.

23       4.    In order to avoid the costs, expense, and uncertainty of protracted litigation, the

24  parties to this Consent Decree and Order agree to entry of this Order to resolve all claims raised in

25  the Complaint filed with this Court.  Accordingly, they agree to the entry of this Order without

26  trial or further adjudication of any issues of fact or law concerning Plaintiff's claims.

27       WHEREFORE, the parties to this Consent Decree and Order hereby agree and stipulate to

28  the Court's entry of this Consent Decree and Order, which provides as follows:

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2

CONSENT DECREE AND ORDER

C09-00223 SI

1   **SETTLEMENT OF INJUNCTIVE RELIEF**

2       5.      This Order shall be a full, complete, and final disposition and settlement of

3   Plaintiff's claims against Defendants for injunctive relief that have arisen out of the subject

4   Complaint.  The parties agree that there has been no admission or finding of liability or violation

5   of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be

6   construed as such.

7       6.      Remedial Measures:  The corrective work agreed upon by the parties is as set forth

8   in **Attachment A**.  Items A-K shall be performed by the Landlord Defendants.  No corrective

9   work shall be required in the old New Leaf Market location.  However, if the old New Leaf

10  Market location is leased and utilized as a public accommodation, the Landlord Defendants shall

11  require that the premises are compliant with the applicable standards and specifications for

12  disabled access as set forth in the California Code of Regulations, Title 24-2 and Americans with

13  Disabilities Act Accessibility Guidelines.

14      7.      The parties agree and stipulate that the corrective work will be performed in

15  compliance with the standards and specifications for disabled access as set forth in the California

16  Code of Regulations, Title 24-2 and Americans with Disabilities Act Accessibility Guidelines,

17  unless other standards are specifically agreed to in this Consent Decree and Order.

18      8.      Timing of Injunctive Relief:  The Landlord Defendants will complete all work

19  within six months of the date of notice of entry of this order.  In the event that unforeseen

20  difficulties prevent Defendants from completing any of the agreed upon injunctive relief,

21  Defendants or their counsel will notify Plaintiff's counsel in writing within 15 days of discovering

22  the delay.  Defendants or their counsel will notify Plaintiff's counsel when the corrective work is

23  completed, and, in any case, will provide a status report no later than 120 days from the entry of

24  this Consent Decree and Order.

25  **DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS**

26      9.      The parties have reached an agreement regarding Plaintiff's claims for damages,

27  attorney fees, litigation expenses and costs.  Defendants will collectively pay the amount of

28  $10,000.00 within 15 days of entry of this order by the Court in full satisfaction of Plaintiff's

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1   claims for all damages, including personal injury, civil rights, and all other forms of damages.

2   Defendants will collectively pay the amount of $26,802.00 in full satisfaction of Plaintiff's claims

3   for attorney fees, litigation expenses, and costs, within 15 days of entry of this order by the Court.

4   Payments shall be made by check payable to "Paul L. Rein in Trust for Sebastian DeFrancesco," ,

5   as follows:  Landlord Defendants $24,302.00; New Leaf Community Market, Inc. $12,500.00.

6   **ENTIRE CONSENT ORDER**

7       10.    This Consent Decree and Order, and **Attachment A** to this Consent Decree and

8   Order, which is incorporated herein by reference as if fully set forth in this document, constitute

9   the entire agreement between the signing parties, and no other statement, promise, or agreement,

10  either written or oral, made by any of the parties or agents of any of the parties, that is not

11  contained in this written Consent Decree and Order, shall be enforceable regarding the matters

12  described herein.

13  **CONSENT DECREE AND ORDER**

14  **BINDING ON PARTIES AND SUCCESSORS IN INTEREST**

15      11.    This Consent Decree and Order shall be binding on Plaintiff SEBASTIAN

16  DEFRANCESCO and Defendants 2335 MISSION CENTER ONE, LLC, 2335 MISSION

17  CENTER TWO, LLC, 2335 MISSION CENTER THREE, LLC, and 2335 MISSION CENTER

18  FOUR, LLC, and any successors in interest and shall inure to the benefit of New leaf Community

19  Markets, Inc. and its successors.  The parties have a duty to so notify all such successors in interest

20  of the existence and terms of this Consent Decree and Order during the period of the Court's

21  jurisdiction of this Consent Decree and Order.

22  **MUTUAL RELEASE AND WAIVER OF CALIFORNIA CIVIL CODE SECTION 1542**

23      12.    Each of the parties to this Consent Decree and Order understands and agrees that

24  there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order,

25  any or all of them have incurred or will incur, suffer, or experience some further loss or damage

26  with respect to the lawsuit and all matters alleged therein which are unknown or unanticipated at

27  the time this Consent Decree and Order is signed by the parties.  Except for all obligations

28  required in this Consent Decree and Order, the parties intend that this Consent Decree and Order

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

4

CONSENT DECREE AND ORDER

C09-00223 SI

1 | apply to all such further loss with respect to the lawsuit and all matters alleged therein, except

2 | those caused by the parties subsequent to the execution of this Consent Decree and Order.

3 | Therefore, except for all obligations required in this Consent Decree and Order, this Consent

4 | Decree and Order shall apply to and cover any and all claims, demands, actions and causes of

5 | action by the parties to this Consent Decree and Order with respect to the lawsuit, whether the

6 | same are known, unknown or hereafter discovered or ascertained, and the provisions of Section

7 | 1542 of the California Civil Code are hereby expressly waived.  Section 1542 provides as follows:

8 | A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS

9 | WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO

10 | EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING

11 | THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST

12 | HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT

13 | WITH THE DEBTOR.

14 | 13.  Except for all obligations required in this Consent Decree and Order, each of the

15 | parties to this Consent Decree and Order, on behalf of their respective agents, representatives,

16 | predecessors, successors, heirs, partners and assigns, releases and forever discharges each other

17 | party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners,

18 | parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and

19 | representatives of each other party, from all claims, demands, actions, and causes of action of

20 | whatever kind or nature, presently known or unknown, arising out of or in any way connected

21 | with the lawsuit.

22 | **TERM OF THE CONSENT DECREE AND ORDER**

23 | 14.  This Consent Decree and Order shall be in full force and effect for a period of 12

24 | months after the date of entry of this Consent Decree and Order, or until the injunctive relief

25 | contemplated by this Order is completed, whichever occurs later.  The Court shall retain

26 | jurisdiction of this action to enforce provisions of this Consent Decree and Order for 12 months

27 | after the date of this Consent Decree and Order, or until the injunctive relief contemplated by this

28 | Consent Decree and Order is completed, whichever occurs later.

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

5

C09-00223 SI

CONSENT DECREE AND ORDER

## SEVERABILITY

15.    If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

## SIGNATORIES BIND PARTIES

Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts, and a facsimile signature shall have the same force and effect as an original signature.

NOW THEREFORE, IT IS HEREBY STIPULATED as follows:

DATED:    _9-10_ , 2009

By: _____
   Plaintiff SEBASTIAN DEFRANCESCO

DATED: _____, 2009

By: _____
   Defendant MISSION CENTER ONE, LLC, by
   GEORGE OW, JR., Trustee for the George Ow
   Trust 1976

DATED: _____, 2009

By: _____
   Defendant MISSION CENTER TWO, LLC, by
   GEORGE OW, JR., Trustee for the Emily Ow
   Trust 1976

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

6
CONSENT DECREE AND ORDER

C09-00223 SI

1                           **SEVERABILITY**

2        15.    If any term of this Consent Decree and Order is determined by any court to be

3 unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full

4 force and effect.

5                   **SIGNATORIES BIND PARTIES**

6        Signatories on the behalf of the parties represent that they are authorized to bind the parties

7 to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts,

8 and a facsimile signature shall have the same force and effect as an original signature.

9

10 NOW THEREFORE, IT IS HEREBY STIPULATED as follows:

11 DATED: _____, 2009

12

13                                    By: _____

14                                         Plaintiff SEBASTIAN DEFRANCESCO

    DATED: 9-16, 2009

15

16

17                                    By: _____

                                    Defendant MISSION CENTER ONE, LLC, by

18                                     GEORGE OW, JR., Trustee for the George Ow
                                    Trust 1976

19 DATED: 9-16, 2009

20

21                                  By: _____

22                                    Defendant MISSION CENTER TWO, LLC, by

23                                     GEORGE OW, JR., Trustee for the Emily Ow
                                    Trust 1976

24 /// 

25 /// 

26 /// 

27 /// 

28 /// 

                                6

1   DATED: 9-16 , 2009

2

3   By: _____
    Defendant MISSION CENTER THREE, LLC, by
4   GEORGE OW, JR., Trustee for the George Ow
    Trust 1982
5

6   DATED: 9-16 , 2009

7

8   By: _____
    Defendant MISSION CENTER FOUR, LLC, by
9   GEORGE OW, JR., Trustee for the Emily
    Ow Trust 1982
10

11  DATED: _____, 2009

12

13  By: _____
    Defendant NEW LEAF COMMUNITY
14  MARKETS, INC., by SCOTT ROSEN, its
    CHIEF EXECUTIVE OFFICER
15

16  APPROVED AS TO FORM:

17  DATED: _____, 2009     LAW OFFICES OF PAUL L. REIN
                                 LAW OFFICE OF JULIE OSTIL
18

19

20                               By: _____
                                 PAUL L. REIN
21                               Attorneys for Plaintiff SEBASTIAN
                                 DEFRANCESCO
22

23  DATED: 9/16 , 2009           BASKIN & GRANT, LLP

24

25                               By: _____
                                 CALEB SEQUOIA BASKIN
26                               Attorneys for Defendants 2335 MISSION
                                 CENTER ONE, LLC, 2335 MISSION CENTER
27                               TWO, LLC, 2335 MISSION CENTER THREE,
                                 LLC, and 2335 MISSION CENTER FOUR, LLC
28

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

7
CONSENT DECREE AND ORDER                           C09-00223 SI

1    DATED: _____, 2009

2

3                                              By: _____
                                                   Defendant MISSION CENTER THREE, LLC, by
4                                                  GEORGE OW, JR., Trustee for the George Ow
                                                   Trust 1982
5

6    DATED: _____, 2009

7

8                                              By: _____
                                                   Defendant MISSION CENTER FOUR, LLC, by
9                                                  GEORGE OW, JR., Trustee for the Emily
                                                   Ow Trust 1982
10

11   DATED: _____, 2009

12

13                                             By: _____
                                                   Defendant NEW LEAF COMMUNITY
14                                                 MARKETS, INC., by Scott Rosen, its CHIEF
                                                   EXECUTIVE OFFICER
15

16   APPROVED AS TO FORM:

17   DATED: __9/15__, 2009                     LAW OFFICES OF PAUL L. REIN
                                               LAW OFFICE OF JULIE OSTIL
18

19

20                                             By: _____
                                                   PAUL L. REIN
21                                                 Attorneys for Plaintiff SEBASTIAN
                                                   DEFRANCESCO
22

     DATED: _____, 2009               BASKIN & GRANT, LLP
23

24

                                               By: _____
25                                                 CALEB SEQUOIA BASKIN
                                                   Attorneys for Defendants 2335 MISSION
26                                                 CENTER ONE, LLC, 2335 MISSION CENTER
                                                   TWO, LLC, 2335 MISSION CENTER THREE,
27                                                 LLC, and 2335 MISSION CENTER FOUR, LLC

28

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

7                                                        C09-00223 SI
CONSENT DECREE AND ORDER

1  DATED: _____, 2009

2

3                                          By: _____
                                               Defendant MISSION CENTER THREE, LLC, by
4                                              GEORGE OW, JR., Trustee for the George Ow
                                               Trust 1982
5

6  DATED: _____, 2009

7

8                                          By: _____
                                               Defendant MISSION CENTER FOUR, LLC, by
9                                              GEORGE OW, JR., Trustee for the Emily
                                               Ow Trust 1982
10

11  DATED: 9/14, 2009

12

13
                                           By: _____
14                                             Defendant NEW LEAF COMMUNITY
                                               MARKETS, INC., by SCOTT ROSEN, its
15                                             CHIEF EXECUTIVE OFFICER

16  APPROVED AS TO FORM:

17  DATED: _____, 2009           LAW OFFICES OF PAUL L. REIN
                                           LAW OFFICE OF JULIE OSTIL
18

19

20                                         By: _____
                                               PAUL L. REIN
21                                             Attorneys for Plaintiff SEBASTIAN
                                               DEFRANCESCO
22

23  DATED: _____, 2009           BASKIN & GRANT, LLP

24

25                                         By: _____
                                               CALEB SEQUOIA BASKIN
26                                             Attorneys for Defendants 2335 MISSION
                                               CENTER ONE, LLC, 2335 MISSION CENTER
27                                             TWO, LLC, 2335 MISSION CENTER THREE,
                                               LLC, and 2335 MISSION CENTER FOUR, LLC
28

Baskin & Grant
720 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

                                        7
                             CONSENT DECREE AND ORDER                        C09-00223 SI

1   DATED: _Sept 14_, 2009     NEWMAN & MARCUS, A LAW CORPORATION

2

3                       By: _____

4                             EDWARD M. NEWMAN
                            Attorneys for NEW LEAF COMMUNITY

5                             MARKETS, INC.

6

7                             **ORDER**

8      Pursuant to stipulation, and for good cause shown,

9   **IT IS SO ORDERED:**

10   DATED: _9/16/09_, 2009

11

12

13                          SUSAN ILLSTON
                         UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**A. Walkway from Building-1 to Mission St. Sidewalk**
    A-1: Install handrails on both sides of the walkway where the slope exceeds 5%.

**B. Built-up Curb Ramp at East End of Building-1 (stamped concrete in front of Liquor Store)**
    B-1: Remove curb ramp and pave back flush with existing parking lot

**C. Walkway from Building-2 to Mission St. Sidewalk (east end of walkway)**
    C-1: Provide edge protection along north side of ramp, using either Option 1 or 2.
        Option 1: Leave the existing rolled edge and install a guardrail
        Option 2: Remove existing rolled edge and install flared side at maximum 10% slope
    C-2: Install detectable warning where the route enters traffic lane of parking lot

**D. Walkway from Building-2 to Mission St. Sidewalk (west end of walkway)**
    D-1: Rebuild the ramped portion of the walkway at maximum 8.3% slope
    D-2: Provide edge protection along north side of ramp
        Option 1: Leave the existing rolled edge and install a guardrail
        Option 2: Remove existing rolled edge and install flared side at maximum 10% slope
    D-3: Install detectable warning where the route enters traffic lane of parking lot

**E. Curb Ramp at North End of Walkway that Crosses Parking Lot between Buildings 1 and 2**
    E-1: Rebuild the curb ramp at maximum 8.3%
    E-2: Install detectable warning on the bottom portion of the ramp

**F. Curb Ramp at South End of Walkway that Crosses Parking Lot between Buildings 1 and 2**
    F-1: Install detectable warning where the route enters traffic lane of parking lot

**G. Walkway In Front of Former New Leaf/Building-1 (See Drawing "New Leaf Cross-slope")**
    G-1: Over an area as wide as the paired exit doors, maintain a maximum slope of 2% in the direction
        perpendicular to the building, and extending to the curb.
    G-2: Using a maximum 5% slope in the direction parallel to the curb, transition the change of level that will result
        between the new 2% area (created by G-1) and the existing walkway.

**H. Curb Ramp at West End of Building-1**
    H-1: Remove "built-up" asphalt ramp that projects into the parking lot
    H-2: Install new curb ramp that is integral to the raised walkway
    H-3: Install detectable warning on the bottom portion of the ramp
    H-4: Provide edge-protection along the edge of the new curb ramp that is not bounded by the building, by
        installing either option 1 or 2.
        Option 1: Guardrail
        Option 2: Flared side

**I. Pedestrian Walkway Into the Facility - Arrival Point from the McPherson St.**
    I-1: Paint a 4-ft wide walkway from the arrival point to the curb ramp at Item-H described above.
    I-2: Install detectable warning where the route enters traffic lane of parking lot
    I-3: Install directional sign (containing symbol of access and an arrow) that points to the curb ramp at Item-H.

**J. Tree Wells Pose Abrupt Changes of Level in Walkway**
    J-1: Fill the tree wells with a porous material such as 3/4" rocks, or install factory-made grate coverings

**K. Accessible Parking**
    K-1: Install 3 accessible parking spaces of which 1 must be van-accessible, per Option 1, 2, or 3
        Option 1 (See Remediation Plan with Parking Option 1)
            • Building-1: Two regular accessible spaces that share 5-ft access aisle and a conventional curb ramp.
            • Building-2: One van-accessible space with 8-ft access aisle and a "Case-C curb ramp" that has a
              guardrail at the sides of the curb ramp that abut the walkway.
        Option 2 (See Remediation Plan with Parking Option 2)
            • Building-1: Two regular accessible spaces that share 5-ft access aisle and a "Case-C curb ramp" that
              has a guardrail at the sides of the curb ramp that abut the walkway.
            • Building-2: One van-accessible space with 8-ft access aisle and a "Case-C curb ramp" that has a
              guardrail at the sides of the curb ramp that abut the walkway.
        Option 3 (See Remediation Plan with Parking Option 3)
            • Building-1: One regular and one van-accessible space that share an 8-ft access aisle and a
              conventional curb ramp
            • Building-2: One regular accessible space with a 5-ft access aisle and a "Case-C curb ramp" that has a
              guardrail at the sides of the curb ramp that abut the walkway.

**EXHIBIT A, PAGE 1 of 5**



EXHIBIT A, PAGE 2 of 5



Mission Street



Remediation Plan
w/ Parking Option 2

Mission Street



**Mission Street**